# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOSEPH GRANT,**
Appellant,

v.

**ELEANOR MELTON GRANT,**
Appellee.

No. 4D14-4129

[February 1, 2018]

Appeal from the Circuit Court for the Seventieth Judicial Circuit, Broward County; Arthur Birken, Judge; L.T. Case No. DVCE 16-7787.

Marrett W. Hanna, Kent, for appellant.

Robert J. Moraitis of Moraitis & Raimondi, LLP, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***